UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

LELAND JONES,

    Plaintiff,

v.

CHARLOTTE COLLINS,

    Defendant.

2:13-CV-01624-PMP-CWH

ORDER

    IT IS ORDERED that Petitioner Leland Jones' Petition for Writ of Habeas Corpus (Doc. #1) is hereby DENIED without prejudice to refile with either payment of the filing fee or an application to proceed in forma pauperis.

DATED: September 16, 2013

_____
PHILIP M. PRO
United States District Judge